UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION


TONY LUCIBELLO,

                    Plaintiff,

vs.                                    Case No.   2:05-cv-293-FtM-33SPC

CRAZY COSMOS CORP,

                    Defendant.
_____/


#### ORDER


        This matter is before the Court on consideration of United

States  Magistrate  Judge  Sheri  Polster  Chappell's  Report  and

Recommendation (Doc. #10), entered on July 21, 2005, recommending

that Plaintiff's Motion to Strike Answer and Affirmative Defenses

(Doc. #9) be granted.  As of this date, neither party has filed an

objection to the report and recommendation, and the time for the

parties to file such objections has elapsed.[1]

        After conducting a careful and complete review of the findings

and recommendations, a district judge may accept, reject or modify

the  magistrate  judge's  report  and  recommendation.   28 U.S.C. §

_____

        [1] Defendant filed a response to Plaintiff's Motion to strike
(Doc. #12).   However, as explained in United States Magistrate
Judge Sheri Polster Chappell's Report and Recommendation (Doc.
#10), Defendant, a corporation, must be represented by an attorney
to proceed in this action.  As Defendant's response was submitted
by John Van Lente, the owner of Crazy Cosmo, rather than an
attorney, Defendant's response to Plaintiff's motion to strike
(Doc. #12) is **STRICKEN**.

636(b)(1); <u>Williams v. Wainwright</u>, 681 F.2d 732 (11th Cir. 1982), <u>cert.</u> <u>denied</u>, 459 U.S. 1112 (1983).   In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, <u>Garvey v. Vaughn</u>, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.   28 U.S.C. § 636(b)(1)(C).   The district judge reviews legal conclusions de novo, even in the absence of an objection.   <u>See</u> <u>Cooper-Houston v. Southern Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Castro Bobadilla v. Reno</u>, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), <u>aff'd</u>, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving de novo review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge, and the recommendation of the magistrate judge regarding the motion.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

1.   United States Magistrate Judge Sheri Polster Chappell's Report and Recommendation (Doc. #10) is **ACCEPTED** and **ADOPTED.**

2.   Plaintiff's Motion to Strike Answer and Affirmative Defenses (Doc. #9) is **GRANTED**.

3.   Defendant's response to Plaintiff's Motion to strike

(Doc. #12) is **STRICKEN**.

4.    If Defendant wishes to defend it interests in this action, Defendant shall obtain legal representation within 30 days of the date of this order and, within such time parameter, shall respond to Plaintiff's complaint.

**DONE** and **ORDERED** in Chambers in Ft. Myers, Florida, this 12th day of August, 2005.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:

All Parties of Record